UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WIGGERT & CO. GMBH,

                Plaintiff,

   - against -

M.G. INTERNATIONAL GMBH, ET AL.,

                Defendants.
-----------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-09

09 Civ. 2861 (PKC)

REVISED CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

In contemplation of settlement, the Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to January 4, 2010;
2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to February 12, 2010;
3. The conference scheduled for November 13, 2009 is adjourned. The next Case Management Conference will be held on February 19, 2009 at 11 am..
4. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect. This a **FINAL** extension.

SO ORDERED.

                                                P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       October 26, 2009